# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Samuel Lee Milton                               Docket No. 5:95-CR-83-10BO

## Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Samuel Lee Milton, who, upon an earlier plea of guilty to Count 1, 21 U.S.C. § 841(a)(1), Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine and Cocaine Base, and Count 9, 18 U.S.C. §§ 924(c)(1) and 2, Use of a Firearm During a Drug Trafficking Crime and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 9, 1996, to the custody of the Bureau of Prisons for a term of 120 months in Count 1 and 60 months in Count 9 to run consecutive to Count 1. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months in Count 1 and 36 months in Count 9 to run concurrently with Count 1 under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

Samuel Lee Milton was released from custody on June 10, 2008, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since December 2008, the defendant has been unemployed. To assist him with job readiness skills, we are recommending that the conditions of release be modified to include vocational training, cognitive behavioral training, and educational services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a vocational training program as directed by the probation office. Such program may include job readiness training and skills development training.

Samuel Lee Milton
Docket No. 5:95-CR-83-10BO
Petition For Action
Page 2

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

3. The offender shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the offender's proficiency in skills such as reading, writing, mathematics, or computer use.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Eddie J. Smith |
| Robert L. Thornton | Eddie J. Smith |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: July 6, 2010 |

## ORDER OF COURT

Considered and ordered this ___6___ day of ___July___, 2010, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge